

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00064-CV

**JUSTIN STUFFELBEAM AND BRYANNE STUFFELBEAM,**
                                                    **Appellants**

 **v.**

**H. BOND CONSTRUCTION, INC.,**

                                    **Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 07-00546-CV-361-A

## O R D E R

This appeal was referred to mediation on April 4, 2013. Because the parties could not agree upon a mediator, we assigned the Honorable Wanda Fowler as the mediator for this proceeding. The Order referring the appeal to mediation, dated April 4, 2013, required mediation to occur within 30 days from our assignment of a mediator. The mediator has requested an extension of time to August 15, 2013 to complete the mediation citing several extenuating circumstances.

The mediator's request is granted.  The Order referring the appeal to mediation, dated April 4, 2013, is amended to require mediation by August 21, 2013.  All other provisions of the Order referring the appeal to mediation, dated April 4, 2013, remain in effect.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Time to mediate extended
Order issued and filed June 27, 2013